The Contractor shall ensure that all contract correspondence that is addressed to the United States Government is submitted in English or with an English translation.

PERFORMANCE WORK STATEMENT

**Attachment 1**
**Performance Work Statement (PWS)**
**Protection Services and Installation Access Control**
**at**
**Task Force Falcon**

**Table of Contents**

1.0      **General Information**
2.0      **Scope of Work**
3.0      **Technical Requirements**
3.1      **General**
3.2      **Project Manager**
3.3      **Logistician/Property Book**
3.4      **Site Manager**
3.5      **Force Protection Operation Center (FPOC) Supervisors**
3.6      **Post Supervisors**
3.7      **Electronic Security System Operator**
3.8      **Armed Guards**
3.9      **Unarmed Guards (NATO Born)**
3.10     **Unarmed Guards (Kosovo Born)**
3.11     **Guard Instructions**
3.12     **Personnel Security and Requirements**
3.13     **Removal of Employees**
3.14     **Government Furnished Property/Equipment/Utilities**
3.15     **Personnel Training**
3.16     **Contractor Furnished Supplies and Equipment**
3.17     **Use of Force**
3.18     **Standards of Appearance and Conduct**
3.19     **Security Awareness**
3.20     **Lost and Found Property**
3.21     **Individual Reliability Program**
3.22     **Drug Abuse Testing**
3.23     **Publications and Forms**
3.24     **Changes and Amendments**
3.25     **Performance Evaluation Meetings**
4.0      **Performance Standards and Matrix**

W564KV-12-D-0002

Page 45 of 106

**5.0      Attachments**

**3.18.3   Alcohol and Drugs.  The Contractor shall adhere to the current General Order #1 applicable to U.S. personnel deployed in the region of the Former Yugoslavia in support of Operation Joint Guardian or related operations.  Contractor is advised that this General Order may change without prior notice and that the Contractor bears the responsibility of obtaining any changes.  Current policy states in part:**

*"General Order #1 prohibits the "introduction, possession, use, sale, transfer, manufacture, or consumption of any alcoholic beverage or controlled substance.  Civilians may be subject to administrative actions as appropriate, to include a recommendation for termination."*

**3.18.4   Distractions from Duty**.  Security guards shall not be allowed to have commercial reading materials, personal cellular telephones, commercial radios, ear phones, tape recorders, MP3 players or television sets while on duty.  The Project Manger, Site Manager and shift supervisors and guards are not allowed to have visitors or guests at the guard post while on duty.

**3.19   Security Awareness.**  Security guards must be alert for and immediately report suspicious persons. This includes but is not limited to persons taking photographs, notes, sketches or inquiring about official matters.  In the event of such an approach or observation, the guard must carefully observe and record, as applicable, the date and time of observation, the license number, make, and color of the vehicle, the number of personnel in the vehicle, their direction of travel and any other pertinent information.  All incidents must be reported to the Military Police/S2/3 Operations Desk, COR, and contract guard supervisor.  In addition, these reports must be recorded on the appropriate forms as specified in guard orders.

**3.20   Lost And Found Property.**  Lost and found property should be accounted for on DA Form 4137 or COR approved equivalent for proper accountability and turned over to the Camp Bondsteel Military Police Station.

**3.21   Individual Reliability Program.**  The Contractor must comply with the provisions of the Individual Reliability Program as defined in Chapter 3, AR 190-56, The Army Civilian Police and Security Guard Program and UR 190-56, USAREUR Guard Forces.  The Contractor must ensure that all personnel are thoroughly briefed on all aspects of this program.

**3.22   Drug Abuse Testing.**

**3.22.1**   Contractor is responsible for drug testing procedures and all costs associated with testing.  All personnel designated to work as security guards and guard supervisors shall be required to undergo testing for drug abuse. The Contractor shall conduct random drug testing, 10% monthly, with 120 percent coverage during each one-year period of contract performance.  The drug abuse testing program shall be monitored by the COR.  At a minimum, testing will determine if cannabis and cocaine are present in the employee's system.  The test may include a third drug of choice, i.e., amphetamines, barbiturates, LSD, opiates, or other illicit chemicals.

**3.22.2**   All contract personnel shall, prior to initially reporting for duty, agree to submit to drug abuse testing as specified herein for the duration of their performance under this contract by signing DA Form 5019-R.  Employees that refuse to sign DA Form 5019-R shall not perform under this contract.  The original of the signed DA Form 5019-R shall be provided by the Contractor to the Contracting Officer or COR within five (5) calendar days of completion.  The original of DA Form 5019-R must be retained by the COR for the duration of the individual(s) employment under this contract.

**3.22.3**   The Contractor shall arrange for security guards to provide a urine sample for testing purposes.  Personnel selected for testing shall not be given more than four (4) hours notice before urine samples are given.  Conditions and frequency of drug abuse testing is as follows:

***3.22.3.1    Pre-employment screening.  For initial testing, urine test samples are required prior to the beginning of contract performance for the employees arriving in Area of Operations***